108

### Ex parte Leo WEATHERLY.
#### No. 26329.

Court of Criminal Appeals of Texas.
March 25, 1953.

No attorney on appeal, for appellant.

George P. Blackburn, State's Atty., of Austin, for the State.

DAVIDSON, Commissioner.

This is an extradition case.

No statement of facts accompanies the record.

The executive warrant of the Governor of this State was sufficient to authorize the trial court's judgment remanding the relator to the custody of the arresting officer.

The judgment is affirmed.

Opinion approved by the Court.

No attorney on appeal.

George P. Blackburn, State's Atty., Austin, for the State.

MORRISON, Judge.

The offense is aggravated assault on an officer; the punishment, a fine of $25.

The record is before us without a statement of facts or bills of exception.

All the proceedings appearing regular and nothing being presented for our review, the judgment of the trial court is affirmed.